# EXHIBIT 1



SANTA BARBARA MUSEUM OF NATURAL HISTORY

*Inspiring a passion for the natural world • Founded 1916*

April 20, 2004

Mr. Ty Warner
1180 Channel Drive
Santa Barbara, California 93108

Dear Mr. Warner:

All of us at the Santa Barbara Museum of Natural History (board, staff, volunteers) are excited and deeply appreciative of your very generous commitment of $1,500,000 as a gift to complete our Sea Center Campaign! The new Sea Center will be a fabulous addition to the waterfront and a unique marine science education facility for children and adults of all ages. Your contribution makes this a reality.

I would like to take this opportunity to formalize our discussions and correspondence so that we can move forward with a public announcement of your gift. In recognition of your leadership gift, the Museum has agreed to name the new Sea Center as follows:

Santa Barbara Museum of Natural History
**Ty Warner Sea Center**

Our Board of Trustees has enthusiastically approved use of **Ty Warner** Sea Center as the name of this new building. This name will appear on the front of the new Sea Center and possibly on the back side of the building. It will also appear on the Sea Center stationery and prominently on the donor recognition panel to be installed in the reception area of the Sea Center. We will work with you to design the signage size, style, colors, materials and locations and process the signage through the City Sign Committee. It is difficult to determine in advance exactly what will be acceptable to the Sign Committee, but we will do our best to obtain approval of the design we collectively agree upon.

It is our understanding that you will complete your gift to the Museum by transfer of cash and/or publicly traded stock on or before June 30, 2004. We will issue a donor receipt confirming that no goods or services were given in exchange for your charitable gift.

As you know, museum buildings and exhibits are not eternal. While we have designed the new **Ty Warner Sea Center** to meet the strictest of seismic, fire safety and endurance standards, any structure on Stearns Wharf will take a beating from the ocean elements and the constant movement of the wharf itself. We envision a life span of 35 years for this facility before it needs major improvements, upgrades or replacement, so the naming opportunity for this new facility is for the life of the structure or 35 years, whichever comes first, but in no event less than twenty-five (25) years from the date of the gift. Because of recent prosecutions of certain celebrities, high profile investors and companies, we reserve the right to terminate the name agreement in the event that Ty Warner becomes subject to or found guilty of such prosecution.

SANTA BARBARA MUSEUM OF NATURAL HISTORY
2559 Puesta del Sol Road, Santa Barbara, California 93105-2936
805 682-4711 FAX 805 569-3170 www.sbnature.org

SEA CENTER
211 Stearns Wharf, Santa Barbara, California 93101
www.sbnature.org

PRINTED ON RECYCLED PAPER

As soon as we have reached agreement on the terms of your gift, we will finalize the wording of our press release and schedule a press conference at the Sea Center site so that we can formally announce your leadership gift to the community before word leaks out to the general public.

Again, we are deeply honored and thankful for your fabulous gift. With your contribution of $1,500,000, we will announce the successful completion of our fundraising campaign and celebrate that during the construction of the new facility. While this marks the completion of the Sea Center Campaign, we are planning to conduct a community campaign to raise funds and an endowment for our Sea Center education programs as part of our year-end membership appeal and after the new facility opens.

We hope that you can be present as our special guest of honor for the grand opening of the **Ty Warner Sea Center**, which is tentatively set for Tuesday, December 28, 2004. In the meantime, we will keep you advised of our construction progress and send you photos on a regular basis.

Thank you very much for your most generous commitment to the Santa Barbara Museum of Natural History. We are honored to have your support and we will do our absolute best to ensure that you are very proud of this new facility and the marine science education exhibits it contains.

Sincerely,

Karl L. Hutterer
Executive Director

I have read and accepted the terms and conditions of this letter agreement and will complete my gift of $1,500,000 to the Santa Barbara Museum of Natural History for the **Ty Warner Sea Center** on or before the 30th of June, 2004. It is my understanding that the Museum is duly qualified to receive deductible charitable contributions under the Internal Revenue Code, and further, that it is duly authorized to perform its obligations under this agreement, and to receive the donation in accordance with the terms hereof. I further understand that you will provide such reasonable documentation evidencing same to my advisors prior to the making of the gift. I also understand that the Museum has funds available and all necessary approvals to complete the Sea Center and this agreement.

Ty Warner