# EXHIBIT 2

Santa Barbara
# Museum of Natural History

*Inspiring a thirst for discovery and a passion for the natural world since 1916*

**BOARD OF TRUSTEES**
Elizabeth Fowler
Chair

Palmer G. Jackson, Jr.
Immediate Past Chair

Tracy Kanowsky
Vice Chair Governance

Matthew W. Adams
Vice Chair Finance

Bobbie Kinnear
Vice Chair Development

Dennis Allen
At Large

Hilary Doubleday
Secretary

Michael Dektas
Jessica Buttimer
Patricia Durham
Larry Friesen, Ph.D.
Lucia C. Greer
Renee Grubb
Sharyn Johnston
Emily Jones
Christopher Kenovich
John W. Matthias
Michael C. Mayfield
Dennis Power, Ph.D.
Vice Chair Audit
Ginger Salazar
Robert Skinner
Penelope Wong

**HONORARY TRUSTEES**
David H. Anderson
Stephen M. Hicks
Joan E. Seaver Kurze, Ph.D.
Alexander M. Power
F. Brian Rapp
Brooke E. Sawyer, Jr.
Virginia Sloan

**PRESIDENT & CEO**
Luke J. Swetland

27 June 2014

Mr. Ty Warner
Ty Warner Hotels & Resorts LLC.
1180 Channel Drive
Santa Barbara, California 93108

Dear Mr. Warner,

As a courtesy, we write to inform you that the Santa Barbara Museum of Natural History ("the Museum") has decided to rename the Sea Center. In doing so, the Museum has exercised its right under paragraph 5, page one of the April 20, 2004, Gift Letter which reflects the terms of your gift to the Museum. Because you were subject to, and plead "no contest" to, prosecution for charges of tax evasion on 2 October 2013 in Federal Court, the Museum has the right to terminate the name agreement, and has elected to do so.

The Museum will be removing your name from the Sea Center facility and all collateral materials effective immediately, and will respond to inquiries by explaining that this name change is part of the revitalization plan for both the Museum and the Sea Center and to strengthen the connection between the two.

The Museum will continue to recognize your gift to the Sea Center renovation campaign on a/the donor recognition panel in the Sea Center and in those materials where past donors are recognized consistent with Museum donor recognition policies.

If you would like to speak with me regarding this decision, please contact me directly at 805-682-4711 ext. 101.

Sincerely,

Luke J. Swetland, President & CEO

Elisabeth Fowler, Chair, Board of Trustees

**SANTA BARBARA MUSEUM OF NATURAL HISTORY**

Museum
2559 Puesta del Sol, Santa Barbara, California 93105
805.682.4711 • Fax 805.569.3170 • www.sbnature.org

Sea Center
211 Stearns Wharf, Santa Barbara, California 93101
805.962.2526 • Fax 805.962.9485 • www.sbnature.org