# EXHIBIT 3



3 July 2014

Mr. Luke Swetland
Ms. Elisabeth Fowler
SBMNH Sea Center
211 Stearns Wharf
Santa Barbara, CA  93101

Dear Mr. Swetland and Ms. Fowler:

I have received your letter regarding the Museum of Natural History's intentions to change the name of the Ty Warner Sea Center. While we have never met, I first want to thank you for your stewardship over what has become a treasured Santa Barbara landmark for children, families and visitors seeking a unique experience of ocean life. However, I do want to express to you my surprise and indeed disappointment at this decision.

My decision ten years ago to lend my name to the Sea Center as part of my contribution in making the Sea Center a reality was intended to assist in capturing the imagination of children and also instill a sense of stewardship of our planet's natural habitats. Because of the positive recognition of the Ty brand around the world, I had hoped my name would lend itself in a way that would create better visibility for the Sea Center and assist in facilitating additional patronage and support from visitors and residents alike. Given the success that the Ty Warner Sea Center has experienced over the past ten years, and the fact that now nearly fifteen years ago, I chose Santa Barbara to be my second home and the location of many of my key investments, I am proud indeed to have been a part of this success.

As you embark on your new branding endeavor, one suggestion I have for you is to more effectively engage your major donors and contributors. As one of the key initial supporters of the Sea Center, I certainly could have been part of a more comprehensive solution to any branding issue, rather than simply being informed of the intent to change the name by an impersonal letter on the day of the change. I would have been pleased to have been able to work with you and your team in creating new logo, signage, etc., as a part of your re-branding effort utilizing the knowledge and expertise I have gleaned from decades in an industry that is entirely focused on appealing to the imagination of children.

Let me also suggest that a simple "thank you" to those who have invested in the original vision of the Sea Center would be a critical element to the success of any future endeavor of the Sea Center. Those words were notably absent in your June 27 letter.

Finally, companies extraordinarily protective about their brand and image from Disney to McDonald's to the NFL, all iconic global brands, continue to have their products associated with my name and logo. For example, McDonald's is initiating a new Happy Meal promotion this Fourth of July weekend featuring Ty products with the Ty logo. In fact, the Museum/Sea Center may want to reevaluate its thinking in terms of its rebranding initiative.

Sincerely,

Ty Warner