# EXHIBIT 4



A. Barry Cappello

December 18, 2024

***Strictly Confidential***

***Via E-Mail only***

Melissa J. Fassett
Price, Postel & Parma
200 E. Carrillo Street, Suite 400
Santa Barbara, CA 93101

Re:     ***Ty Warner-Sea Center Proposal***

Dear Melissa,

I am writing on behalf of our client Ty Warner, who seeks clarity and a "final answer" regarding the Museum's position on reinstating his name on the Sea Center.

By way of background, in 2004, Mr. Warner agreed to donate $1,500,000 (present value $2,500,000) to assist the Museum in funding a major expansion and renovation of the Sea Center property. In exchange, the Museum agreed that the building would be named the "Ty Warner Sea Center" for a period of at least twenty-five (25) years, or the earlier of either the reasonable life of the building, or thirty-five (35) years (the "2004 Gift Agreement"). In addition, Mr. Warner devoted significant time and energy to design and create the logo which was placed at the entrance to the Sea Center, the use of which continues to this day. As the designer and creator of the Sea Center sign, Mr. Warner holds and retains the copyright to that design, and the right to control its usage.

As part of a 2014 remodel, the Museum's Board elected to remove Mr. Warner's name from the building. To Mr. Warner's knowledge, no formal notice of any breach of condition was ever provided by the Board. During that time period, Mr. Warner communicated with the Board, and through a representative was informed that the removal of his name from the Sea Center was not attributed to any breach of condition, it was never intended to be permanent, and that the Board would be open to revisiting the matter at an appropriate time.

Mr. Warner accepted these representations as wholly consistent given the value of the gift he had provided and the unequivocal enthusiasm received from the Museum's Board in both

*Strictly Confidential*

Warner-Sea Center Proposal
December 18, 2024
Page 2

announcing and accepting the gift, along with its accompanying conditions. Mr. Warner has long viewed the Sea Center and its prime location as a jewel for the community to enjoy. His view has not changed since his initial desire to donate and fund a significant portion of the expansion in 2004. Certainly after all these years of waiting, the center can be refreshed and revitalized. Mr. Warner wants to continue to contribute so that the potential value of this unique community asset is fully realized.

  I would therefore like to meet with you confidentially, off the record, for two reasons. First, Mr. Warner would like a firm answer from the Board regarding whether, as previously promised, the Board remains open to restoring his name, consistent with the 2004 Gift Agreement. At absolute minimum, the Board committed to putting Mr. Warner's name on the building through 2030, and there seems to be no reason why that cannot be done immediately. Mr. Warner deserves a straight answer and explanation of the current Board's position on this issue. I am interested in your own views on this issue, as well as the Board's position.

  Second, Mr. Warner would like to discuss how he may be able to assist the Museum and the Sea Center in meeting its many needs. The Sea Center was intended to be Mr. Warner's legacy to the community; he has no children to leave his estate to, and he wants his legacy to be seen here in Santa Barbara. He has in mind a substantial donation to the Museum, but he needs concrete assurances and a commitment from the Board that the funds will be put to good use, and that his generosity will be recognized and his legacy protected into the future.

  Time is of the essence. Mr. Warner sees the Museum and Sea Center as an incredible community institution that is worth protecting and funding—a view you surely have in common. But there are also countless non-profit organizations who do extraordinary work in the community, each of which would greatly benefit and appreciate the financial commitment that Mr. Warner has in mind. Mr. Warner's intent is to make his decision by the end of the year, and that decision will be final. If the Board is serious about working with Mr. Warner, he needs to know now, and on what terms.

  Please let us know if you have questions about any of the above, including your availability for a discussion.

        Very truly yours,

        CAPPELLO & NOËL LLP

        A. Barry Cappello
        *Managing Partner*