# EXHIBIT 5



**SANTA BARBARA MUSEUM of NATURAL HISTORY**

19 December 2024

Mr. Barry Cappello
CAPELLO & NOEL LLP
831 State Street
Santa Barbara, CA 93101

Dear Mr. Capello,

Melissa Fassett has passed on your letter of 18 December 2024 regarding the Museum's Sea Center.

On 27 June 2014 we informed Mr. Warner by USPS letter of the Museum's decision to remove his name from the Sea Center and our reason for doing so. I have attached a copy of that letter for your convenience.

The Museum has no reason to reconsider its decision of 2014. However, I and the Chair of our Board of Trustees, Tory Milazzo, are open to meeting privately with Mr. Warner for the sole purpose of talking about a possible future relationship with the Museum.

Sincerely,

Luke J. Swetland
President & CEO

Cc:   Tory Milazzo
      Chair, Board of Trustees

Attachment

# Santa Barbara Museum of Natural History

*Inspiring a thirst for discovery and a passion for the natural world since 1916*

**BOARD OF TRUSTEES**
Elisabeth Fowler
*Chair*

Palmer G. Jackson, Jr.
*Immediate Past Chair*

Tracy Kanowsky
*Vice Chair Governance*

Matthew W. Adams
*Vice Chair Finance*

Bobbie Kinnear
*Vice Chair Development*

Dennis Allen
*At Large*

Hilary Doubleday
*Secretary*

Michael Bekins
Jessica Bummer
Patricia Durham
Larry Friesen, Ph.D.
Lucie C. Greer
Renee Grubb
Sharyn Johnson
Emily Jones
Christopher Knowlton
John W. Mirkham
Michael G. Mayfield
Dennis Power, Ph.D.
*Vice Chair Audit*
Ginger Salazar
Robert Skinner
Penelope Wong

**HONORARY TRUSTEES**
David H. Anderson
Stephen M. Hicks
Joan T. Seaver Kurze, Ph.D.
Alexander M. Power
F. Brian Rapp
Brooke E. Sawyer, Jr.
Virginia Sloan

**PRESIDENT & CEO**
Luke J. Swetland

27 June 2014

Mr. Ty Warner
Ty Warner Hotels & Resorts LLC
1180 Channel Drive
Santa Barbara, California 93108

Dear Mr. Warner,

As a courtesy, we write to inform you that the Santa Barbara Museum of Natural History ("the Museum") has decided to rename the Sea Center. In doing so, the Museum has exercised its right under paragraph 5, page one of the April 20, 2004, Gift Letter which reflects the terms of your gift to the Museum. Because you were subject to, and plead "no contest" to, prosecution for charges of tax evasion on 2 October 2013 in Federal Court, the Museum has the right to terminate the name agreement, and has elected to do so.

The Museum will be removing your name from the Sea Center facility and all collateral materials effective immediately, and will respond to inquiries by explaining that this name change is part of the revitalization plan for both the Museum and the Sea Center and to strengthen the connection between the two.

The Museum will continue to recognize your gift to the Sea Center renovation campaign on a/the donor recognition panel in the Sea Center and in those materials where past donors are recognized consistent with Museum donor recognition policies.

If you would like to speak with me regarding this decision, please contact me directly at 805-682-4711 ext. 101.

Sincerely,

*[signature]*

Luke J. Swetland, President & CEO

*[signature]*

Elisabeth Fowler, Chair, Board of Trustees

**SANTA BARBARA MUSEUM OF NATURAL HISTORY**
Museum | Sea Center
2559 Puesta del Sol, Santa Barbara, California 93105 | 211 Stearns Wharf, Santa Barbara, California 93101
805.682.4711 • Fax 805.569.3170 • www.sbnature.org | 805.962.2526 • Fax 805.962.5485 • www.sbnature.org