# EXHIBIT 6



May 16, 2025

Mr. Ty Warner
1180 Channel Drive
Santa Barbara, CA 93108

Dear Mr. Warner,

Thank you for your past support and for your continued interest in advancing the Sea Center on Stearns Wharf. We're pleased to share this letter of intent to help guide our ongoing conversation about structuring a gift.

We invite you to consider making an annual unrestricted gift to support Sea Center operations, as well as a transformational estate gift to ensure its long-term vitality. In recognition of your generosity, we would honor your support with beautiful signage in the Lobby of the Sea Center and work closely with your team to ensure appropriate publicity.

We hope this letter of intent serves as a strong foundation for further discussion.

Thank you again for your commitment to the Sea Center and to preserving it as a vital educational resource for our community and beyond.

Sincerely,

Luke J. Swetland                             Salvatore Milazzo
President & CEO                              Chair, Board of Trustees



# Ty Warner Charitable Letter of Intent to support
# the Santa Barbara Museum of Natural History Sea Center

Mr. Ty Warner desires to make a transformational gift to support the mission of the Sea Center by contributing resources to fund current and future operations.

**I.   History**
1. Located on Santa Barbara's historic Stearns Wharf, the Sea Center was established in 1987 as a visitor center for the Channel Islands National Marine Sanctuary and the Santa Barbara Channel. Initially operated in partnership with the Sanctuary, it has been solely managed by the Museum since 1995. Over the years, it has grown into a key educational resource for the Santa Barbara community and remains one of the few ocean-focused museums on the Pacific Coast.

2. In 2002, the Museum had the opportunity to expand into the adjacent building and, after a $10 million campaign, rebuilt and modernized the Sea Center. Thanks to a generous $1.5 million lead gift from Ty Warner in 2004, the new Sea Center opened in April 2006 with significantly expanded space and interactive exhibits.

3. Today, the Sea Center welcomes nearly 110,000 visitors annually, including 1,200 schoolchildren from across the tri-county area. Its 2025 operating budget is just over $1.5 million.

**II.   Donor Commitment**

Mr. Warner will contribute $100,000 annually, starting in 2025, to support the Sea Center's operations until his death.

Mr. Warner will create a planned gift through his estate to establish a $50 million endowment at the Santa Barbara Museum of Natural History to support the Sea Center.

**III.   Ty Warner Endowment**

The Ty Warner Endowment will provide annual unrestricted income to support the annual operations of the Sea Center.



### IV.   Endowment Administration

The annual draw from that fund, calculated in accordance with the Museum's endowment policy, will provide funds sufficient to cover the annual operating costs of the Sea Center and funds for continuing repair and maintenance as needed.

### V.   Future Contingencies

It is Ty Warner's wish for the Ty Warner Endowment to exist in perpetuity. Should it become clear in future years that the above-stated purpose for this Fund is no longer necessary, practical, desirable, or possible to perform, the Museum shall, designate the Fund for a substitute purpose that is reasonably consistent with and similar to the original intention of the Donor at the time this Agreement was executed.

### VI.   Appreciation

On behalf of the thousands of people whom the Museum serves through its programs in collections preservation, research, education, environmental programs, and community services, the Museum's President and Trustees express their deep appreciation to Mr. Warner for his generous commitment.

Donor recognition signage consistent with the Museum and Sea Center's design guidelines, will be installed in the main entry area, in one of two places, recognizing Mr. Warner (see exhibits 1 and 2) when an agreement is reached.

Proposed language on the signage:

> Welcome to the Santa Barbara Museum of Natural History Sea Center
> In 2005, Santa Barbara businessman Ty Warner made a transformative gift that enabled the Museum to renovate the Sea Center—creating the beautiful aquarium you enjoy today.
>
> Twenty years later, in 2025, Mr. Warner continued his extraordinary generosity by establishing a fund to support the Sea Center and its programs for future generations. His enduring legacy ensures that this facility will continue to inspire wonder, educate future ocean stewards, and delight visitors of all ages for years to come.



The Museum will work with Mr. Warner to create a publicity plan recognizing his generosity. The Museum will recognize Mr. Warner's support with an article in its *SBnature* Journal magazine as well as on its website.

In addition, the Museum will provide Mr. Warner with an annual report on Sea Center operations and how his annual gift is impacting the organization.

### VII.    Legal (to be reviewed by Museum counsel)

1. The terms and conditions of this Agreement may not be orally amended, modified, or altered but may be amended, modified, or altered only in writing signed by Mr. Warner and the Museum.

2. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their lawful successors.

3. This Agreement shall be governed by and interpreted in accordance with the laws of the State of California.

4. Mr. Warner and/or members of the Warner organization will exert no influence over the aesthetics, programs, or operations of the Sea Center, including merchandizing decisions.

5. In the event, the Museum during business, needs to change the location of the gift recognition signage, signage of similar size and kind will be displayed in a similar prominent position.

6. If circumstances should force the Museum to no longer operate the Sea Center, or to dramatically change its programmatic focus, the Board of Trustees will have full autonomy to redirect the use of the annual proceeds from the fund to another Museum purpose at its sole discretion.

7. The Museum will provide recognition as described above for the lifetime of Mr. Warner and an additional ten years. At that point, the Board of Trustees will have full autonomy to continue or to modify the recognition or not at its sole discretion.

8. The Museum reserves the right to remove the recognition in the unlikely event that Mr. Warner commits acts of misconduct that are illegal, unethical, immoral and/or scandalous, or has previously committed such acts that have not yet become public



knowledge, that are deemed by the Museum to be detrimental to the reputation, image, mission or integrity of the Museum.



Exhibit 1 and 2



