**RIVIERA LAW GROUP, PC**
1608 Anacapa Street
Santa Barbara, CA 93101
Tel (805) 696-4816
Fax (805) 696-4819
Robert B. Forouzandeh (Bar No. 247177)
robert@rivieralg.com

Attorney for Defendant

SANTA BARBARA MUSEUM OF NATURAL HISTORY, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. TY WARNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SANTA BARBARA MUSEUM OF NATURAL HISTORY, INC., a California non-profit corporation,<br><br>Defendant. | Case No.: 2:25-cv-08779-RGK (KSx)<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: September 30, 2025<br>Current response date: October 24, 2025<br>New response date: November 21, 2025 |

WHEREAS, the Complaint of Plaintiff was filed on September 16, 2025, and served on Defendant Santa Barbara Museum of Natural History, Inc. ("Defendant") on September 30, 2025.

WHEREAS, Defendant has requested, and Plaintiffs agreed, to extend the deadline to file a responsive pleading by 28 days, up to and including November 21, 2025, to answer or otherwise respond to Plaintiffs' Complaint as permitted by Local Rule 8-3.

WHEREAS, no prior extension has been requested by Defendant, and the additional time is not requested for purposes of delay and will not interfere with any other deadlines set by the Court.

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. Defendant shall be required to file a responsive pleading to Plaintiffs' Original Complaint in this action on or before November 21, 2025.

IT IS SO STIPULATED AND AGREED.

DATED: October 17, 2025        CAPPELLO & NOEL LLP

By: /s/ A. Barry Cappello
A. Barry Cappello
Leila J. Noel
Richard Lloyd
Attorneys for Plaintiff H. Ty Warner

DATED: October 17, 2025        RIVIERA LAW GROUP, PC

By: _____
Robert B. Forouzandeh
Attorney for Defendant Santa Barbara
Museum of Natural History, Inc.

## CERTIFICATE OF SERVICE

I certify that on October 17, 2025, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: _____
Robert B. Forouzandeh