| | |
|---|---|
| Name | A. Barry Cappello (SBN 037835) \| Leila J. Noël (SBN 114307) |
| Address | Cappello & Noël LLP, 831 State Street |
| City, State, Zip | Santa Barbara, CA 93101 |
| Phone | 805-564-2444 |
| Fax | 805-965-5950 |
| E-Mail | abc@cappellonoel.com \| lnoel@cappellonoel.com |

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. Ty Warner, an individual,<br><br>PLAINTIFF(S),<br>v.<br>Santa Barbara Museum of Natural History, Inc., a California non-profit corporation,<br>DEFENDANT(S). | CASE NUMBER:<br>2:25-CV-08779-RGK-KS<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____H. Ty Warner_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
(IN CHAMBERS) Order re: Defendant's Motion to Dismiss [DE 12] [DE 29]
☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___January 8, 2026___. Entered on the docket in this action on ___January 8, 2026___.

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| February 2, 2026 | */s/ A. Barry Cappello* |
| Date | Signature |
| | ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).